REMAND / JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1861-GW-JCx | Date | May 25, 2023 |
|---|---|---|---|
| Title | *Raymond Kelso, et al. v. Hippo Analytics, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kelly L. Dingwell | Jeffrey C. Burt |

**PROCEEDINGS:** **PLAINTIFFS' MOTION TO REMAND [7] AND DEFENDANTS SPINNAKER INSURANCE COMPANY AND HIPPO INSURANCE SERVICES' MOTION TO DISMISS AND/OR STRIKE PORTIONS OF COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(f) [11]**

The Court's Tentative Ruling on the above-entitled Motions [7, 11] was issued on May 23, 2023 [19]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS Plaintiffs' request to remand this action to Los Angeles County Superior Court but DENIES Plaintiffs' request for attorneys' fees. Having found that it lacks subject matter jurisdiction over this dispute, the Court does not address Defendants' motion to dismiss.

| | : | 06 |
|---|---|---|
| | Initials of Preparer | JG |